# MINUTE ORDER
## Alford v. City of New York, 11-cv-622 (ERK)(MDG)

This order summarizes rulings made on the record during a conference held on 7/26/11.

1. On consent, discovery is stayed pending disposition of the criminal proceeding arising out of plaintiff's 8/13/10 arrest. The parties must file a status report at the earlier of the disposition of the pending criminal case or by 10/26/11.

2. Plaintiff's [10] motion for leave to amend the complaint is granted. The amended complaint shall be filed 14 days after termination of the criminal proceedings.

3. Plaintiff's [14] motion for sanctions is denied and plaintiff's [15] motion for contempt is denied without prejudice.

4. Defendants' [11] motion to compel is granted in part and denied in part. Within two weeks of notification to the Court that the criminal case is no longer pending, plaintiff must:

    a. produce the certificate of authority or be precluded from offering it in this action;

    b. produce documents in response to request #9 or a statement that plaintiff is not seeking lost wages;

    c. produce documents in response to request #15 limited to 8/5/10 to the present; and

    d. respond to request #26 as clarified at the conference.

5. Document request #14 is converted into an interrogatory seeking employment information for the last 5 years. Plaintiff need not respond to document request #20 without prejudice to defendants making a future request should facts be obtained making the request relevant. Defendant withdraws requests #16-19 and 21.

**SO ORDERED.**

Dated:   Brooklyn, New York
         July 26, 2011

                                    /s/
                                    MARILYN D. GO
                                    UNITED STATES MAGISTRATE JUDGE